```
                                    FILED
                                07 DEC 19 PM 3:10
                           CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                         BY:    (f              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3407 IEG |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| EVELYN VERENICE ZAMORA ARIZAGA (1), ) BENITO DE JESUS EMMANUEL ZAMORA ARIZAGA (2), ) | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., |
| Defendants. ) | Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about December 10, 2007, within the Southern District of California, defendants EVELYN VERENICE ZAMORA ARIZAGA and BENITO DE JESUS EMMANUEL ZAMORA ARIZAGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lorenza Ines Ramirez Sanchez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DDL:fer:Imperial
12/18/07

Count 2

On or about December 10, 2007, within the Southern District of California, defendants EVELYN VERENICE ZAMORA ARIZAGA and BENITO DE JESUS EMMANUEL ZAMORA ARIZAGA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lorenza Ines Ramirez Sanchez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney