UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> EVELYN VERENICE ZAMORA- ) <br> ) <br> Defendant(s) ARIZAGA ) | CRIMINAL NO. 07CR3407-IEG <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

LORENZA INES RAMIREZ-SANCHEZ

DATED: 12/27/07

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR., Clerk

by _____
   Deputy Clerk

J. JARABEK