**SYLVIA BAIZ**
California Bar Number 124367
The Granger Building
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1410
Facsimile: (619) 544-1473

Attorney for Defendant **Zamora-Arizaga**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. IRMA E. GONZALEZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **BENITO DE JESUS EMMANUEL** ) <br> **ZAMORA-ARIZAGA**, ) <br>     Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Criminal No. **07-CR-3407-IEG** <br><br> Date: January 22, 2008 <br> Time: 1:30 p.m. <br><br> **NOTICE OF MOTIONS AND MOTIONS TO:** <br> **1) COMPEL DISCOVERY** <br> **2) SUPPRESS STATEMENTS** <br> **3) SEVER DEFENDANTS; AND** <br> **4) LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, AND
      CHRISTINA M. McCALL, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on Monday, January 22, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Benito DeJesus Emmanuel Zamora-Arizaga, by and through his counsel, Sylvia Baiz, will hereby move this Court for the above-entitled motions.

//

//

//

//

//

//

## MOTIONS

The defendant, Benito DeJesus Emmanuel Zamora-Arizaga, by and through his attorney, Sylvia Baiz, and pursuant to Rules 12, 16, 24(a) of the Federal Rules of Criminal Procedure and Rules 404, 403, 609 of Federal Rules of Evidence any and all applicable local rules, hereby moves this Court to grant the following motions:

1) compel discovery;

2) suppress statements;

3) sever defendants; and

4) leave to file further motions

These motions are based upon the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other evidence brought before this Court before or during the hearing on this motion.

Respectfully submitted,

Dated: January 8, 2008

/S/Sylvia  Baiz
**SYLVIA BAIZ**
Attorney for Defendant Zamora-Arizaga