UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Criminal No. **07-CR-3407-IEG** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROOF OF SERVICE |
| | ) | |
| **BENITO DEJESUS EMMANUEL** | ) | |
| **ZAMORA-ARIZAGA**, | ) | |
| Defendant. | ) | |
| | ) | |

In, the undersigned, say:

1.     In am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2.     My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3.     In served the within **NOTICE OF MOTIONS AND MOTION TO (1) COMPEL DISCOVERY; (2) REVEAL THE CONFIDENTIAL INFORMANT;(3) SERVER COUNTS; (4) SERVER DEFENDANTS; AND (5) LEAVE TO FILE FURTHER MOTIONS.; STATEMENT OF FACTS AND MEMORANDUM IN SUPPORT OF DEFENDANTS MOTIONS** opposing counsel and U S Attorneys Office Southern District of California, Email: Christina.McCall@usdoj.gov

4.     In caused additional copies to be delivered to the court: efile_gonzalez@casd.uscourts.gov

5.     In caused additional copies to be delivered to Federal Defenders Kris Kraus Kris_Kraus@fd.org

I certify under penalty of perjury that the foregoing is true and correct.  Executed on January 8, 2008, at San Diego, CA.

/S/ Sylvia A. Baiz
Sylvia Baiz