KAREN P. HEWITT
United States Attorney
CHRISTINA M McCALL
Assistant United States Attorney
California State Bar No. 234139
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6760

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
MAY 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 07CR3407-IEG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| BENITO DE JESUS ZAMORA ARIZAGA (2), | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, and defendant BENITO DE JESUS ZAMORA ARIZAGA, by and through and with the advice and consent of defense counsel, Sylvia Baiz, Esq., that:

1. Defendant agrees to execute this stipulation on or before the change-of-plea hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to count 2 of the Indictment charging defendant with a non-mandatory minimum count of Bringing in Illegal Aliens Without Presentation, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//
//
//

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government prior to the disposition date set by the Court.

3. The material witness, Lorenza Ines Ramirez Sanchez, in this case:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about December 10, 2007;

    c. Was found in a vehicle driven by the co-defendant at the Calexico, California West Port of Entry and that Defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

    d. Was paying, or having others pay on her behalf, $3,800 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Evelyn Verenice Zamora Arizaga & Benito De Jesus Zamora Arizaga    07CR3407-IEG

1     5.     By signing this stipulation and joint motion, defendant certifies that defendant has
2 read it (or that it has been read to defendant in defendant's native language). Defendant certifies
3 further that defendant has discussed the terms of this stipulation and joint motion with defense
4 counsel and fully understands its meaning and effect.
5     Based on the foregoing, the parties jointly move the stipulation into evidence and for the
6 immediate release and remand of the above-named material witness to the Department of Homeland
7 Security for return to their country of origin.
8     It is STIPULATED AND AGREED this date.

9                                             Respectfully submitted,

10                                             KAREN P. HEWITT
11                                             United States Attorney

12 Dated: 5-1-08

13                                             CHRISTINA M. McCALL
                                              Assistant United States Attorney
14
15 Dated: 4/30/08

                                              Sylvia Baiz
16                                               Defense Counsel for Benito De Jesus Zamora Arizaga

17 Dated: 5/1/08                   Benito Zamora Arizaga
                                              BENITO DE JESUS ZAMORA ARIZAGA
18                                               Defendant

19
20
21
22
23
24
25
26
27
28 Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Evelyn Verenice Zamora Arizaga & Benito De Jesus Zamora Arizaga     07CR3407-IEG

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 5-1-08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Evelyn Verenice Zamora Arizaga & Benito De Jesus Zamora Arizaga         07CR3407-IEG