```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone: (619) 461-8716
 3  Fax:       (619) 461-6795

 4  Attorney for Material Witness

 5
                       UNITED STATES DISTRICT COURT
 6                    SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,      )   Criminal Case: 07cr3407 IEG
                                   )
 9              PLAINTIFF,         )   Magis. Case:    07mj8977 PCL
         V.                        )
10                                 )
    EVELYN VERENICE ZAMORA-ARIZAGA, (1))
11  BENITO DE JESUS EMMANUEL       )
            ZAMORA-ARIZAGA    (2),)
12                                 )   PROOF OF SERVICE
                DEFENDANTS.        )
13                                 )
                                   )
14
        1.   I am a citizen of the United States and a resident of the
15  County of San Diego; I am over the age of eighteen years and not a
    party to the entitled action; my business address is P. O. Box 605,
16  La Mesa, California 91944.

17      2.   On July 23, 2008, I served the document(s) described below
    as:
18    EX PARTE MOTION TO EXONERATE MATERIAL WITNESS BOND w/EXHIBIT

19    BY ELECTRONIC FILING TO:

20   All parties named in the Docket for service via ECF; Sylvia A.
    Biaz: sbaiz@sciti.com ;Kristin Joseph Kraus:  Kris_Kraus@fd.org
21  US ATTORNEY Christina M McCall;   Christine.McCall@usdoj.gov ;
    efile.dkt.gc1@usdoj.gov ; ginger.stacey@usdoj.gov
22
    and the proposed Order to Exonerate the bond by E-mail to those same
23  parties.

24      I declare under penalty of perjury under the laws of the State
    of California that the foregoing is true and correct.  Executed
25  July 23, 2008, San Diego, California.

26
                                       S/ MARILYN B. GUNNER
27                                     Attorney for Material Witness
                                       E-MAIL: mgunner@cox.net
28
```